[No. 11536-7-I.  Division One.  July 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. KAREN GOLDWIRE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-8-05129-6, Jim Bates, J., entered March 19, 1982. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Callow and Scholfield, JJ.

[No. 11012-8-I.  Division One.  July 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. KATHRYN HUMPHREY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-02874-4, Robert E. Dixon, J., entered November 18, 1981. *Reversed* by unpublished opinion per Swanson, J., concurred in by Ringold and Scholfield, JJ.

[No. 10380-6-I.  Division One.  July 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD ALEXANDER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-01910-1, Terrence A. Carroll, J., entered March 13, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Ringold, JJ.